# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

IN RE:

MYRON HOOKER BEY                                   Case No. 18-13226

      Plaintiff.
_____/

## ORDER DISMISSING CASE FOR FAILURE TO COMPLY
## WITH FILING REQUIREMENTS

Plaintiff Myron Hooker Bey has filed numerous affidavits, documents, and declarations with the court. On October 15, 2018 the court ordered his case be transferred to the civil docket and ordered Plaintiff to pay the statutory civil case filing fee or file a sworn application to proceed in forma pauperis within fourteen days. (Dkt. #15.) That deadline passed on October 29, 2018 but Plaintiff has not paid the filing fee or submitted an application to proceed in forma pauperis. Plaintiff has filed another affidavit that is largely unintelligible. (Dkt. #16.) As the court cautioned in its last order, it will dismiss this case for failure to comply with the filing requirements. Accordingly,

IT IS ORDERED that this case is DISMISSED.

                                         s/Robert H. Cleland
                                         ROBERT H. CLELAND
                                         UNITED STATES DISTRICT JUDGE

Dated: November 19, 2018

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, November 19, 2018, by electronic and/or ordinary mail.

                                         s/Lisa Wagner
                                         Case Manager and Deputy Clerk
                                         (810) 292-6522